IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VERONICA KIMBROUGH,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION NO. 25-00399-KD-N |
| **PILOT CATASTROPHIE SERVICE, INC.,** | ) ) ) ) |
| **Defendant.** | ) ) |

## ORDER

This action is now before the Court on the Letter to the Court in Support of Plaintiff's Motion for Extension of Time to Effect Service, (Doc. 7), filed by Plaintiff Veronica Kimbrough ("Kimbrough"). Upon consideration, and for the reasons below, the Court construes the filing as a motion, and the motion is **GRANTED**.

**I.    Background**

On October 1, 2025, Plaintiff Veronica Kimbrough filed a Complaint against Pilot Catastrophe Service, Inc. (Doc. 1). Under Federal Rule of Civil Procedure 4(m), Kimbrough's 90-day deadline to serve the defendant was December 30, 2025.

On December 30, 2025, Kimbrough filed a "letter" in support of her "motion" for extension of time to effect service. (Doc. 7). Kimbrough's filing explained that she "is making diligent, good faith efforts to comply with Rule 4 of the Federal Rules of Civil Procedure" and that "[a]dditional time is necessary" to effect service. (Id.). Kimbrough requests a thirty (30) day extension of the service deadline.

**II.    Law**

Federal Rule of Civil Procedure 4(m) provides a 90-day deadline for a plaintiff to serve process upon the defendant after the complaint is filed. "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must

dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id.

### III.    Analysis

Kimbrough seeks an extension of her time to effect service under Rule 4(m). "A request for Court action must be presented by motion and may not be presented by informal means such as a letter." S.D. Ala. GenLR 7. However, "[a] document filed *pro se* is 'to be liberally construed.'" Erickson v. Pardus, 551 U.S. 89, 94, 127 (2007) (quoting Estelle v. Gamble, 429 U.S. 97, 106 (1976)). Although Kimbrough's filing is framed as a "letter" in support of a motion, and no express "motion" was filed, the Court will construe Kimbrough's filing as a motion. Indeed, Kimbrough's filing expressly "requests a brief extension" of the Rule 4(m) deadline to effect service. (Doc. 7).

Under Rule 4(m), the Court "must extend the time for service" if the "plaintiff shows good cause." Fed. R. Civ. P. 4(m). "[W]hile it is clear that a trial court must grant an extension if it finds good cause, the trial court nonetheless exercises considerable discretion when deciding whether good cause has in fact been shown." 1 Steven S. Gensler, Federal Rules of Civil Procedure, Rules and Commentary § 4:89 (2025). Here, Kimbrough indicates that she "is making diligent, good-faith efforts" to serve the defendant but needs more time "to confirm the proper address and authorized agent for service of process." (Doc. 7).

Although Kimbrough's filing does not reference the delay in the Court's ruling on her in forma pauperis ("IFP") motion, the Court takes notice that the motion was pending for twenty-two days. (Docs. 2–5). "According to the courts of at least one circuit, plaintiffs who are applying for in forma pauperis status may have [the Rule 4(m)] service period tolled while the court considers their applications, especially if the court grants the request." 4B Wright & Miller's Federal Practice & Procedure § 1137 (4th ed. 2025). Such a tolling reflects Rule 4(m)'s Advisory Committee Notes, which advise courts "to protect pro se plaintiffs from consequences of confusion or delay attending the resolution of an in forma pauperis petition". Fed. R. Civ. P. 4(m) advisory committee's note to

1993 amendments. Therefore, the Court finds good cause for extending Kimbrough's service deadline.

Accordingly, Kimbrough's motion for an extension of time to effect service is **GRANTED**. Kimbrough is **ORDERED** to file proof of service on the defendant **on or before January 30, 2026**.

**DONE** and **ORDERED** this **5th day of January 2026.**

/s/Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**
